■ GENESIS II HAIR REPLACEMENT STUDIO, LTD., Also Known as HAIR REPLACEMENT SYSTEMS, Appellant, v KRISTIN G. VALLAR, Formerly Known as KRISTIN GALEAZZI, Respondent. [674 NYS2d 207] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied plaintiff's motion for a preliminary injunction seeking to enjoin defendant

from breaching the terms of restrictive covenants in her employment contract. Defendant was hired by plaintiff in 1989 as a licensed beautician. In September 1997 defendant left plaintiff's employ and opened a hair salon specializing in hair loss treatment. Plaintiff contends that defendant's operation of a similar business within 50 miles of plaintiff's studio in North Syracuse violates defendant's employment contract.

"[R]estrictive covenants contained in employment contracts that tend to prevent an employee from pursuing a similar vocation after termination are disfavored in the law" (*Pezrow Corp. v Seifert*, 197 AD2d 856, *lv dismissed in part and denied in part* 83 NY2d 798). Plaintiff failed to meet its burden of demonstrating that enforcement of defendant's employment contract is "necessary to protect trade secrets, confidential customer lists or good will" (*Briskin v All Seasons Servs.*, 206 AD2d 906) or that defendant's services were "unique or extraordinary" (*Reed, Roberts Assocs. v Strauman*, 40 NY2d 303, 308, *rearg denied* 40 NY2d 918; *Newco Waste Sys. v Swartzenberg*, 125 AD2d 1004, 1005). Plaintiff's allegation that defendant is attempting to solicit plaintiff's customers is conclusory, with no evidentiary detail (*see, Holdsworth v Doherty*, 231 AD2d 930; *Faberge Intl. v Di Pino*, 109 AD2d 235, 240). In addition, "[t]he conclusory allegations of plaintiff in support of its application do not establish that irreparable harm will result in the absence of injunctive relief" (*Merola v Telonis*, 127 AD2d 1007; *see, Merrell Benco Agency v Safrin*, 231 AD2d 614, 615; *Metropolitan Med. Group v Eaton*, 154 AD2d 252, 253). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Injunction.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.